**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

$1.78

# 274467

| | | |
|---|---|---|
| In re:<br>DAVIS, JAMES E<br><br>Debtor(s). | § § § § § § § § | Case No. 06-21201 ASD<br><br>(CHAPTER 7) |

2011 JAN 26 PM 2:15

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

X The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

______ More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: January 24, 2011

Thomas C. Boscarino

Thomas C. Boscarino, Trustee
628 Hebron Avenue
Building Two, Suite 301
Glastonbury, CT 06033
(860) 659-5657

# EXHIBIT A

Case Name: DAVIS, JAMES E
Case Number: 06-21201

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Midstate Radiology Assoc., LLC<br>101 N. Plains Ind. Road<br>Wallingford, CT 06492 | 3 | $10.54 | $1.78 | |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 1.78 | $ 0.00 |

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER WITH THE LOGO FADING IN THE BACKGROUND

**THE BANK OF NEW YORK MELLON**
500 Ross Street, Suite 154-0510, Pittsburgh, PA 15262

**VOID AFTER 90 DAYS** **114**

60-249 / 433

| Case | Debtor |
|---|---|
| 06-21201 ASD<br>92000112275766 | DAVIS, JAMES E |
| COMBINED SMALL CHECK | |

TID #270180
Thomas C. Boscarino
Boscarino, Grasso & Twachtman
628 Hebron Ave, Bld 2 Ste 301
Glastonbury CT 06033

Date 01/24/2011 $ ************1.78

~~~One Dollar and 78/100

Pay to the Order of
U.S. Bankruptcy Court
450 Main Street, 7th Floor
Hartford CT 06103

Thomas C. Boscarino, Trustee

⑈00000114⑈ ⑆043302493⑆92000112275766⑈
~~~